1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

In Re KENNETH GIBBS,

        Plaintiff,

Case No.   15-cv-1919-TEH

ORDER OF TRANSFER

     Plaintiff, a state prisoner currently incarcerated at California State Prison - Los Angeles ("CSP-LA"), wrote a letter to the Court regarding prison conditions.  In an effort to protect his rights, it was filed as a new case.  Plaintiff has submitted an additional filing with the Court and the substance of his claims involve his transfer from Folsom Prison to CSP-LA and his later treatment at CSP-LA.  Folsom Prison lies in the Eastern District of California and CSP-LA lies in the Central District of California.  The majority of Plaintiff's claims involve CSP-LA and none of the subject matter occurred in this district.

     Thus, the events or omissions giving rise to Plaintiff's claims occurred in the Central District of California.  *See* 28 U.S.C. § 84(b).  Venue therefore properly lies in the Central District.  *See* 28 U.S.C. § 1391(b).

1    Accordingly, in the interest of justice and pursuant to 28

2  U.S.C. § 1406(a), this action is transferred to the United States

3  District Court for the Central District of California.

4    The Clerk shall transfer this matter, terminate all pending

5  motions as moot and close the file.

6    IT IS SO ORDERED.

7

8  Dated: 06/25/2015

9

10                                    THELTON E. HENDERSON
                                     United States District Judge

11  G:\PRO-SE\TEH\CR.15\Gibbs1919.trn.docx

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28