# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 15-4954-RGK (PLA)      Date  September 16, 2015

Title:  Kenneth Gibbs v. Unknown

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**  
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**  
NONE

**PROCEEDINGS:**    (IN CHAMBERS)

Pursuant to this Court's Order of July 23, 2015, plaintiff was ordered to pay an initial partial filing fee of $5.00 within thirty (30) days of the date of the order (i.e., by August 24, 2015).  The $5.00 partial filing fee has not been received by the Court.  Accordingly, **no later than October 7, 2015, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee.  Receipt of the partial $5.00 filing fee by the Court on or before **October 7, 2015**, shall be deemed compliance with this Order to Show Cause.

cc:    Kenneth Gibbs, Pro Se

Initials of Deputy Clerk   ch