**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| KENNETH GIBBS, ) | No. CV 15-4954-RGK (PLA) |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER ACCEPTING MAGISTRATE** |
| v. ) | **JUDGE'S REPORT AND** |
| ) | **RECOMMENDATION** |
| J. SANCHEZ, et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, and the objections to the report and recommendation that have been filed herein.  The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1.    The report and recommendation is accepted.

2.    Defendants' Motion for Summary Judgment is granted.

3.    Plaintiff's action is dismissed without prejudice but without leave to amend for failure to exhaust administrative remedies.

/

/

4.     Judgment shall be entered consistent with this order.

5.     The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED:  October 20, 2016

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE