UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH GIBBS, | ) | No. CV 15-4954-RGK (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| J. SANCHEZ, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the action is dismissed without prejudice for failure to exhaust administrative remedies.

DATED: October 20, 2016

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE